FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  Jackie Jerome Hart                                                                Case No.
                                           Debtor(s)                                      Chapter  13

# CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Jackie Jerome Hart | S.S.# xxx-xx-4976 |
| | (W) | S.S.# |
| ADDRESS: | 175 Tate Rd. | |
| | Dyersburg, TN 38024 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 94.00 | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | YES         OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | Marvin Windows | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ -NONE- |
| CHILD SUPPORT: | Future support through Plan to | $ -NONE- |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | -NONE- | $ -NONE- |
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
| | | debtor acts as disbursing agent |
| Saxon Mortgage Services, Inc. | Ongoing pmt. Begin  N/A | $ |
| | Approx. arrearage  N/A    Interest  N/A  % | $ N/A |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| HSBC/Suzuki | $ | % | $ surrender |
| Ally Financial | $ 5,009.00 | 8.00 % | $ 108.00 |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;
*HSBC/Suzuki;Center for Adult Healthcare;Dell Financial Services;Dyersburg Regional Medical Center;Dyersburg Regional Medical Center;Enhanced Recovery Co., LLC;Forrest Kenton Busch, D.O. P.C.;GE Money Bank- JC Penney;GE Money Bank- Lowes;Independent Radiology Associates, PLC;Independent Radiology Associates, PLC;Independent Radiology Associates, PLC;
*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $7,437.00

TERMINATION:         Plan shall terminate upon payment of the above, approximately 60 months.

OTHER PROVISIONS:
   Payroll deduction:
   Marvin Windows
   101 Marvin Dr.
   Ripley, TN 38063
   Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection:
   Ally Financial $27.00

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:     Robert B. Vandiver, Jr.
                       Robert B.Vandiver, Jr.
                       P.O.Box 906
                       227 W. Baltimore
                       Jackson, TN 38302-0906
                       731-554-1313