**Dated: August 12, 2014**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **JACKIE JEROME HART** | ) Case No.: 11-12122 |
| 175 Tate Rd. | ) Chapter 13 |
| Dyersburg, TN 38024 | ) Judge Jimmy L. Croom |
| Debtor. | ) |

**AGREED ORDER FOR RELIEF FROM THE AUTOMATIC STAY
AND ABANDONMENT BY CHAPTER 13 TRUSTEE**

Comes now the above-styled Debtor, eCast Settlement Corporation by assignment from HSBC Bank Nevada, N.A. a/k/a HSBC Retail Services, and the Chapter 13 Trustee, and would enter into this agreed order providing eCast Settlement Corporation with relief from the automatic stay and abandonment by the Chapter 13 Trustee. The parties agree that eCast Settlement Corporation is a secured creditor of the above-styled Debtor holding a properly perfected lien on a 2006 Suzuki Motorcycle (VIN – JS1VS55A962115573) and that it is the intention of the Debtor to surrender the collateral. Furthermore, the Chapter 13 Trustee consents to the abandonment because there is no apparent equity in the described property, and with the understanding that any surplus proceeds following any sale, foreclosure or other disposition of the described property, shall be paid to the Trustee. Therefore, the parties are in agreement that eCast Settlement Corporation is granted relief from the automatic stay and abandonment of property with respect to the collateral and may proceed pursuant to its contract, security agreement and applicable state law.

**IT IS SO ORDERED.**

**SUBMITTED FOR ENTRY:**

*/s/ Robert B. Vandiver, Jr.*
**Robert B. Vandiver, Jr.**
**Attorney for Debtor**
PO Box 906
Jackson, TN 38302-0906
Ph: (731) 554-1313

*/s/ David G. Mangum*
**David G. Mangum, #013322**
**Attorney for Creditor**
2303 Franklin Road
Nashville, TN  37204
Ph: (615) 255-8690

/s/ Timothy H. Ivy
**Timothy H. Ivy**
**Chapter 13 Trustee**
P.O. Box 1313
Jackson, TN 38302-1313
Ph: (731) 664-1313

**Copies To Be Served On:**

| | | |
|---|---|---|
| Debtor(s) Attorney: | Robert B. Vandiver, Jr. | bankruptcy@robvandiver.com |
| Chapter 13 Trustee: | Timothy H. Ivy | ecf@ch13jax.com |
| Creditors Attorney: | David G. Mangum | notice@davidmangum.com |

**For Mailing Service:**

**Debtor**
Jackie Jerome Hart
175 Tate Rd.
Dyersburg, TN 38024

*File# 72999*